John Daniel BEELER, Appellant,

v.

The STATE of Texas, Appellee.

No. 01–81–0027–CR.

Court of Appeals of Texas,
Houston (1st Dist.).

Oct. 15, 1981.

Richard Thornton, Galveston, for appellant.

James F. Hury, Jr., Dist. Atty., Galveston, for appellee.

Before EVANS, C. J., and DOYLE and STILLEY, JJ.

PER CURIAM.

Appellant was convicted of possession of heroin and given a term of life in the state penitentiary.

It has been made known to this court by proper affidavit that appellant died on or about July 14, 1981, after having perfected his appeal. The death of the appellant in a criminal proceeding deprives the court of further jurisdiction over the appeal. *King v. State*, 379 S.W.2d 907 (Tex.Cr.App.1964)

The appeal is abated.